IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KAZIMIERZ RUTOWICZ,

    Plaintiff,

v.                                                                                              No. 13-cv-0729 SMV/CEG

PILOT TRAVEL CENTERS, LLC,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte.  Plaintiff filed his Complaint on August 8, 2012.  [Doc. 1] at 1.  Pursuant to Fed. R. Civ. P. 4(m), Plaintiff had 120 days from filing the Complaint within which to effect service of process.  To date, there is no indication on the record that service of process has been effected.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff is directed to show good cause why his Complaint should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m).  Plaintiff shall file his response within 21 days of entry of this Order.

**IT IS SO ORDERERD**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**