## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**KAZIMIERZ RUTOWICZ,**

    Plaintiff,

v.                                                                                   No. 13-cv-0729 SMV/CG

**PILOT TRAVEL CENTERS, LLC,**

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    August 5, 2014, at 10:00 a.m.

**Matter to be heard**:  Status conference to set trial

    **IT IS ORDERED** that a telephonic status conference is set for **August 5, 2014, at 10:00 a.m.** Counsel shall be prepared to discuss the status of the case, as well as the scheduling and location of the trial and significant pretrial hearings. Counsel are encouraged to confer with each other *prior* to the hearing regarding their schedules and preferences for a trial setting. Counsel are reminded to have their calendars available for the hearing. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.