IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KAZIMIERZ RUTOWICZ,

       Plaintiff,

vs.

                                                   No. 2:13-CV-00729 SMV CG

PILOT TRAVEL CENTERS, LLC,

       Defendant.

## ORDER GRANTING IN PART DEFENDANT'S MOTION TO STRIKE ALLEN PARKMAN, RUSSELL J. KENDZIOR, AND ELIZABETH RAMOS AS EXPERT WITNESSES HEREIN AND SUPPLEMENTAL OPINIONS OF DR. BARRIE ROSS

THIS MATTER came before the Court on Defendant's Motion to Strike Allen Parkman, Russell J. Kendzior, and Elizabeth Ramos as Expert Witnesses Herein and Supplemental Opinions of Dr. Barrie Ross [doc. 66]. Defendant's Motion was rendered moot in part by Plaintiff's Notice of Withdrawal of Expert Witnesses Kendzior and Ramos. [doc. 69]. The Court, having reviewed the submissions of the parties and heard oral argument, finds the Motion is well taken in part. The Motion is granted as to Allen Parkman but denied as to Dr. Barrie Ross.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Allen Parkman should be, and hereby is, stricken as an expert witness herein.

                                                THE HONORABE STEPHAN M. VIDMAR
                                                UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

YENSON, ALLEN & WOSICK, P.C.

*April D. White*
April D. White
Terrance P. Yenson
*Attorneys for Defendant Pilot Travel Centers*
4908 Alameda Blvd NE
Albuquerque, NM  87113-1736
(505) 266-3995
awhite@ylawfirm.com
tyenson@ylawfirm.com


APPROVED BY:

*Approved via email on 11-24-14*
Bruce E. Thompson, Esq.
Martinez, Hart & Thompson, PC
1801 Rio Grande Blvd. NW, Ste. A
Albuquerque, NM  87104-2566
(505) 343-1776
(505) 344-7709(fax)
brucet@osolawfirm.com
*Attorney for Plaintiff*