IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KAZIMIERZ RUTOWICZ,

       Plaintiff,

vs.

                                                                             No. 2:13-CV-00729 SMV CG

PILOT TRAVEL CENTERS, LLC,

       Defendant.

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO DISCLOSE EXPERT NEUROLOGIST**

THIS MATTER came before the Court on Plaintiff's *Motion for Extension of Time to Disclose Expert Neurologist* (Doc. 68). The Court, having reviewed the submissions of the parties and heard oral argument, finds the Motion is well taken. Plaintiff's Motion is granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff shall be allowed to disclose neurologist Marek Gawel; that the additional brain imaging requested by Dr. Celinski shall be scheduled as soon as possible; that following the brain imaging Dr. Gawel shall have a reasonable period of time to produce his expert report; that following production of Dr. Gawel's expert report, the parties will meet and confer to discuss next steps, including the deadline for Defendant to depose the expert and whether a rebuttal expert may be necessary; that once counsel has met, the parties shall file a proposed order outlining the dates and deadlines discussed at the meet and confer; and that the Court will set a status conference to discuss the proposed order once it has been submitted.

                                                                 THE HONORABLE STEPHAN M. VIDMAR
                                                                 UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

MARTINEZ, HART & THOMPSON, P.C.

*/s/ Bruce E. Thompson*
Bruce E. Thompson
1801 Rio Grande Blvd. NW
Albuquerque, NM  87104-2566
(505) 343-1776
brucet@osolawfirm.com

*Attorney for Plaintiff*


APPROVED BY:

YENSON, ALLEN & WOSICK, P.C.

*Approved via email 11/25/14*
April D. White
Terrance P. Yenson
4908 Alameda Blvd NE
Albuquerque, NM  87113-1736
(505) 266-3995
awhite@ylawfirm.com
tyenson@ylawfirm.com

*Attorneys for Defendant*