IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KAZIMIERZ RUTOWICZ,

        Plaintiff,

vs.

                                                            No. 2:13-CV-00729 SMV CG

PILOT TRAVEL CENTERS, LLC,

        Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE OF TRIAL

THIS MATTER came before the Court on Plaintiff's *Motion for Continuance of Trial* (Doc. 77). The Court, having reviewed the submissions of the parties and heard oral argument, finds the Motion is well taken. Plaintiff's Motion is granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the current trial setting be vacated.

                                                             _____
                                                             THE HONORABLE STEPHAN M. VIDMAR
                                                            UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

MARTINEZ, HART & THOMPSON, P.C.

*/s/ Bruce E. Thompson*
Bruce E. Thompson
1801 Rio Grande Blvd. NW
Albuquerque, NM  87104-2566
(505) 343-1776
brucet@osolawfirm.com

*Attorneys for Plaintiff*


APPROVED BY:

YENSON, ALLEN & WOSICK, P.C.

*Approved via email 11/25/14*
April D. White
Terrance P. Yenson
4908 Alameda Blvd NE
Albuquerque, NM  87113-1736
(505) 266-3995
awhite@ylawfirm.com
tyenson@ylawfirm.com

*Attorneys for Defendant*